UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Kenneth Eng, Plaintiff

   -   against -

Gregory Carter

Nella Yelenovic

Brian Kelly

Eileen Kelly, Defendants

**CV 13 - 4855**

**WEINSTEIN, J.**

**BLOOM, M.J.**



RECEIVED AUG 2 3 2013 PRO SE OFFICE

I.      Parties

Plaintiff Kenneth Eng, resides at 4266 Saull Street, Flushing, NY 11355

Defendant Gregory Carter, resides at United States Probation Department, 147 Pierrepont Street, Brooklyn, NY 11201

Defendant Nella Yelenovic, resides at United States Probation Department, 147 Pierrepont Street, Brooklyn, NY 11201

Defendant Brian Kelly, resides at United States Probation Department, 147 Pierrepont Street, Brooklyn, NY 11201

Defendant Eileen Kelly, resides at United States Probation Department, 147 Pierrepont Street, Brooklyn, NY 11201

II.     The jurisdiction of the Court is invoked pursuant to 42 U.S.C. § 1983, commonly referred to as "section 1983".

III.    The Federal Probation Department of New York was extremely abusive towards me when I was under probation.

Officers Gregory Carter, Nella Yelenovic, Brian Kelly and Eileen Kelly reported me to a judge on multiple occasions merely because I criticized President Obama on my blog. In one such report to the judge, these four officers wrote, "Although the aforementioned CIMP activity and postings are not overtly threatening and do reflect a comment about Asians being short, the Probation Department is concerned about the obsessive nature of them and has become increasingly apprehensive about the offender's campaign against the President of the United States. We would recommend that the offender be instructed to cease this campaign."

They did this a number of times, the most recent of which was May 10, 2013.

Officer Yelenovic also banned me from playing video games, threatening to get a court order if I attempted to play games.

Officer Brian Kelly insulted me over the phone once. He told me, "After seeing that video of you, I lost a lot of respect for you. I wonder if you're able to punch someone bigger than you."

Officer Yelenovic insulted my mother by insinuating that she was a racist merely because I happen to be racist. Officer Yelenovic also called me a "bully victim" even though I made no mention of such incidents prior to her making that remark.

The probation department also banned me from viewing certain subjects on the internet. For example, they became alarmed when I searched for information on military-grade firearms that I would not have access to anyway. They also demanded to see me in person immediately after I googled the Virginia Tech massacre. In addition, they reported me to a judge merely because I viewed a clip from the movie "The Terminator."

IV.    I would like the probation department to compensate me with two million dollars.

August 22, 2013

*Kenneth Eng*

Phone: 917-573-9453